United States Bankruptcy Court
Eastern District of Arkansas

In re:  
Jessica L Gower  
      Debtor

Case No. 13-11386-are  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0860-4　　　User: jessica　　　Page 1 of 2　　　Date Rcvd: May 24, 2013
　　　　　　　　　　　　Form ID: pdfwotrm　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2013.
db　　　　+Jessica L Gower,　 PO Box 1494,　 Benton, AR 72018-1494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2013**　　　　　　　　　　　**Signature:** _Joseph Speetjens_

```
District/off: 0860-4           User: jessica                 Page 2 of 2                   Date Rcvd: May 24, 2013
                               Form ID: pdfwotrm             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2013 at the address(es) listed below:
              Adam  Perdue    on behalf of Creditor    Wells Fargo Bank, N.A. aperdue@wilson-assoc.com,
               tsimuel@wilson-assoc.com;vwilliams@wilson-assoc.com;bwhaley@wilson-assoc.com
              Frederick S. Wetzel, III    frederickwetzel@sbcglobal.net, AR10@ecfcbis.com
              John O. Jackson    on behalf of Debtor Jessica L Gower john@praylawfirm.com
              Kent  Pray    on behalf of Debtor Jessica L Gower kent@praylawfirm.com, elena@praylawfirm.com
              Leslie D. Fryxell    on behalf of Creditor    Wells Fargo Bank, N.A. lfryxell@wilson-assoc.com,
               vwilliams@wilson-assoc.com;tsimuel@wilson-assoc.com;bwhaley@wilson-assoc.com
              Matthew P. McKay    on behalf of Creditor    Wells Fargo Bank, N.A. mmckay@wilson-assoc.com,
               tsimuel@wilson-assoc.com;vwilliams@wilson-assoc.com;bwhaley@wilson-assoc.com
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Scott Allen Jones    on behalf of Creditor    Wells Fargo Bank, N.A. sajones@wilson-assoc.com,
               tsimuel@wilson-assoc.com;vwilliams@wilson-assoc.com;bwhaley@wilson-assoc.com
              Sherry A. Seiffert    on behalf of Creditor    Wells Fargo Bank, N.A. sseiffert@wilson-assoc.com,
               tsimuel@wilson-assoc.com;vwilliams@wilson-assoc.com;bwhaley@wilson-assoc.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:     JESSICA L. GOWER,                        Case No. 4:13-BK-11386-ARE
            Debtor                                                                                                          Chapter 7

WELLS FARGO BANK, N.A.                                                                     MOVANT

vs.

JESSICA L. GOWER, Debtor; and
FREDERICK S. WETZEL III, Trustee                                      RESPONDENTS

## ORDER

Pursuant to the motion of Movant, Wells Fargo Bank, N.A., for relief from the automatic stay, and the Court, being fully advised, finds that there was no opposition to the motion and, therefore, rules that the motion is **GRANTED**. Rule 4001(a)(3) does not apply in this case. Therefore, relief is hereby granted, the property is no longer property of the bankruptcy estate, and Movant is free to pursue state court remedies against the following-described real property:

> Lots 2, 3, and 4 of Block 1 of Woodland Shores Unit I, according to Plat recorded in Book 402 at Page 152 of the Deed and Mortgage Records of Garland County, Arkansas.
>
> Also known as: 106 Williams Road, Royal, Arkansas 71968.

It is, therefore, **ORDERED** that the interest of the Trustee is abandoned in and to the property pursuant to 11 U.S.C. §554, and that the automatic stay imposed by 11 U.S.C. §362 is lifted to allow Movant to proceed with foreclosure against the interest of the Debtor in the Property. In the event that the proceeds of any sale conducted pursuant to a foreclosure proceeding exceeds the amount of the foreclosure judgment, then Movant shall forward said proceeds to the Trustee for disbursement to other creditors.

      **IT IS SO ORDERED.**

                                                                 */s/ Audrey R. Evans*
                                                                Audrey R. Evans
                                                                United States Bankruptcy Judge
                                                                Dated: 05/24/2013

Entered On Docket: 05/24/2013

CC: Attorney for Debtor(s)
    Debtor(s)
    Trustee
    Attorney for Creditor(s)

APPROVED AS TO FORM:

WILSON & ASSOCIATES, P.L.L.C.
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
(501) 219-9388

By:    _/s/ Matthew McKay_____
      Matthew McKay
      Attorney for Movant